# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

**21-89 consolidated with 20-418**


**ROBERT JAMES LEE GUIDRY**

**VERSUS**

**WORKNET 2000, INC., GAIENNIE LUMBER COMPANY, LLC, AND JOSEPH W. JOHN**


**********

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 18-C-4852-B
HONORABLE A. GERARD CASWELL, DISTRICT JUDGE

**********

**SHARON DARVILLE WILSON**
**JUDGE**

**********

Court composed of Van H. Kyzar, Candyce G. Perret, and Sharon Darville Wilson, Judges.


**AFFIRMED.**

**David Keith Johnson**
**Johnson, Stiltner & Rahman**
**P.O. Box 98001**
**Baton Rouge, LA 70898-8001**
**(225) 231-0875**
**COUNSEL FOR DEFENDANT APPELLEE:**
    **Worknet 2000, Inc.**

**Mark Alfred Ackal**
**Attorney at Law**
**P. O. Box 52045**
**Lafayette, LA 70505**
**(337) 237-5500**
**COUNSEL FOR DEFENDANT APPELLEE:**
    **Gaiennie Lumber Company, LLC.**
    **Joseph W. John**

**Scott F. Higgins**
**LaBorde Earles**
**P. O. Box 80098**
**Lafayette, LA 70598-0098**
**(337) 261-2617**
**COUNSEL FOR PLAINTIFF APPELLANT:**
    **Robert James Lee Guidry**

**WILSON, Judge.**

For the reasons expressed in the consolidated case *of Robert James Lee Guidry v. Worknet 2000, Inc., and Louisiana Workers' Compensation Corporation*, 21-89 (La.App. 3 Cir._/_/21), _So.2d_, the judgment granting the motion for summary judgment is affirmed. All costs of this proceeding are assessed to the appellant, Robert James Lee Guidry.

**AFFIRMED.**